UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH DYER,<br>    Plaintiff,<br>v.<br><br>BRENDAN LINNANE, et al.,<br>    Defendants. | )<br>)<br>)<br>)  Civil No. 25-12385-LTS<br>)<br>)<br>)<br>) |

ORDER

November 4, 2025

SOROKIN, J.

On August 28, 2025, Joseph Dyer, an inmate at the Norfolk County Jail and House of Correction proceeding *pro se*, initiated this action by filing a Complaint with an Application to Proceed in District Court without Prepayment of Fees or Costs ("Application"). Doc. Nos. 1, 2.

By Procedural Order dated October 20, 2025, Dyer's Application was denied without prejudice because he failed to provide a certified prison account statement. Doc. No. 5. He was granted 21 days to either pay the filing fee or file an Application with his account statement. Id.

Dyer paid the filing fee on November 4, 2025. Doc. No. 7. He also filed motions to amend and for service by the United States Marshals Service ("USMS"). Doc. Nos. 8, 9.

As to the motion for leave to amend, Dyer is correct that a party may amend once as a matter of course pursuant to Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure. Here, however, Dyer has not filed an amended complaint as an exhibit to his motion for the Court to review so the motion is denied without prejudice as moot.

As to the motion to Order the United States Marshals to serve defendants, the federal *in forma pauperis* statute provides that the "officers of the court shall issue and serve all process and perform all duties in such cases," i.e. cases in which the Court authorizes Plaintiff to proceed

*in forma pauperis*. 28 U.S.C. § 1915(d). Here, the Court has not so authorized, thus the Motion for service by the United States Marshals is DENIED WITHOUT PREJUDICE. Dyer is responsible for arranging service.

Accordingly, the Court hereby ORDERS:

1. Plaintiff's motion for leave to amend (Doc. No. 9) is DENIED WITHOUT PREJUDICE as moot.

2. Plaintiff's Motion to Order the US Marshals to Effect Service (Doc. No. 8) is DENIED WITHOUT PREJUDICE. If Dyer seeks to have service of process effected by the USMS, he must, within 28 days of the date of this Order, file an Application to Proceed in District Court without Prepayment of Fees or Costs, a certified copy of his prison account statement and a motion for an order directing service by the USMS.

3. The Clerk shall provide Dye with a blank Application to Proceed in District Court without Prepayment of Fees or Costs.

4. Dyer bears the responsibility to timely serve the defendants in compliance with the governing rules (unless the Court later authorizes Dyer to proceed *in forma pauperis*). Thus, the Clerk shall issue summonses and send to plaintiff the summonses with a copy of the complaint for service.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge